1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2
   MATTHEW M. YELOVICH (NYBN 4897013)
3  Deputy Chief, Criminal Division

4  ASEEM PADUKONE (CABN 298812)
   ANDREW M. SCOBLE (CABN 124940)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6401
       FAX: (415) 436-7234
8      Aseem.padukone@usdoj.gov

9  Attorneys for United States of America

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,           )   NO. CR 23-00384 RS
                                        )
15          Plaintiff,                  )   STIPULATION TO CONTINUE STATUS
                                        )   HEARING AND EXCLUDE TIME FROM
       v.                               )   DECEMBER 12, 2023 TO JANUARY 9, 2023 AND
16                                      )   ORDER
    CHRISTIAN QUINTANILLA,              )
17                                      )
            Defendant.                  )
18                                      )

19
            It is hereby stipulated by and between counsel for the United States and counsel for the
20
    defendant Christian Quintanilla, that the status conference currently set for December 12, 2023 be
21
    continued to January 9, 2024, and that time be excluded under the Speedy Trial Act from December 12,
22
    2023 to January 9, 2024.
23
            At the defendant's initial appearance held on November 9, 2023, the parties set the first district
24
    hearing for December 12, 2023. The magistrate court excluded time from November 9, 2023 to
25
    December 12, 2023. Following the initial appearance and arraignment, the government has produced to
26
    the defense 192 pages of discovery and expects to produce the contents of the defendant's cell phone
27
    within the next week. The government is aware of another cell phone seized by local law enforcement
28

and intends to obtain and produce the content of that phone (if it can be extracted) as soon as possible.

After setting the initial district court date for December 12, 2023, the government identified a scheduling conflict with another case set before this Court on that date. The parties also believe that continuing the court date will provide the defense with necessary time to review discovery and prepare a defense. The parties have agreed to continue this appearance to January 9, 2024. The parties further request that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until January 9, 2024 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 12, 2023 through January 9, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 1, 2023

/s/
ASEEM PADUKONE
ANDREW SCOBLE
Assistant United States Attorneys

DATED: December 1, 2023

/s/
JOANNA SHERIDAN
Counsel for Defendant Christian Quintanilla

//
//
//
//

STIPULATION TO EXCLUDE TIME AND ORDER CR 23-00384 RS

v. 7/10/2018

# ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the status conference from December 12, 2023 to January 9, 2024. The Court further finds that failing to exclude the time from December 12, 2023 through January 9, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 12, 2023 to January 9, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 12, 2023 to January 9, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 12/1/2023

RICHARD SEEBORG
Chief United States District Judge