PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States

MATTHEW M. YELOVICH (NYBN 4897013)
Deputy Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6401
    FAX: (415) 436-7234
    Aseem.padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 23-00384 RS |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME FROM FEBRUARY 27, 2024 TO MARCH 12, 2024 AND ORDER |
| v. | |
| CHRISTIAN QUINTANILLA, | |
| Defendant. | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant Christian Quintanilla, to continue the status hearing from February 27, 2024 to March 12, 2024, and that time be excluded under the Speedy Trial Act from February 27, 2024 to March 12, 2024.

    The Court informed the parties that a civil trial on its docket conflicts with the current hearing date of February 27, 2024. As a result, the parties have agreed to continue the status hearing to March 12, 2024.

    The parties request that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare. Defense counsel continues to review and discuss discovery with the defendant as he determines how to proceed with his case. For this reason and as further stated on the

1  record at the status conference, the parties stipulate and agree that excluding time until March 12, 2024
2  will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties
3  further stipulate and agree that the ends of justice served by excluding the time from February 27, 2024
4  through March 12, 2024 from computation under the Speedy Trial Act outweigh the best interests of the
5  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
6      The undersigned Assistant United States Attorneys certify that they have obtained approval from
7  counsel for the defendant to file this stipulation and proposed order.

9      IT IS SO STIPULATED.

11 DATED: February 16, 2024　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　ASEEM PADUKONE
12　　　　　　　　　　　　　　　　　　　　　　　ANDREW SCOBLE
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

14 DATED: February 16, 2024　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　JOANNA SHERIDAN
15　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Christian Quintanilla

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the change of plea/trial setting hearing to March 12, 2024.  It further finds that failing to exclude the time from February 27, 2024 through March 12, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 27, 2024 through March 12, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 27, 2024 through March 12, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 2/16/2024

RICHARD SEEBORG
Chief United States District Judge