JOANNA SHERIDAN (CABN 260090)
J.P. Sheridan Law
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Phone: (415) 347-2700
Email: joanna@jpsheridanlaw.com

Attorney for Defendant
CHRISTIAN QUINTANILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTIAN QUINTANILLA ) <br> ) <br> Defendant. ) <br> ) | NO. CR 23-00384 and 19-00280-12 RS <br><br> STIPULATION AND ORDER VACATING SETNENCING HEARING AND SETTING STATUS CONFERENCE <br><br> Current date and time: June 11, 2024 at 9:30 am <br> Requested date and time: July 16, 2024 at 9:30 am |

    The above captioned cases are currently scheduled for a sentencing hearing on June 11, 2024, following Mr. Quintanilla's guilty plea to the single count Indictment charging 18 U.S.C. §922(g) (cr-23-00384) and admission of Counts 2-4 of the Amended Revocation Petition (cr-19-00280).

    The parties are currently evaluating the impact of the recent Ninth Circuit decision in *United States v. Duarte*, no. 22-50048, on the constitutionality of the 922(g) charge in this case. In *Duarte*, a three-judge panel held that 922(g) is unconstitutional as applied to a defendant with nonviolent felony convictions of vandalism, drug possession and evading. Undersigned counsel are aware that the United States has petitioned for *en banc* review of the *Duarte* decision, and that the outcome of any further proceedings may change the law as applied to this case. Though the outcome of the supervised release proceeding (cr-19-00280) should not be impacted by *Duarte*, the parties agree that judgment in cr-19-00280 should be rendered at the same time as in cr-23-00384 if the 922(g) charge in the latter case remains lawful.

    In order to evaluate the constitutionality of the charges in the case after the Ninth Circuit has

STIPULATION AND ORDER TO VACATE SENTENCING HEARING AND SET STATUS HEARING
QUINTANILLA- CR23-00384 RS

1

fully weighed in on the issue, the parties hereby jointly request that the Sentencing Hearing currently set for June 11, 2024 be vacated, and that a status conference be set on July 16, 2024 at 9:30 a.m. at which point the parties may have received additional guidance from the Ninth Circuit.

IT IS SO STIPULATED.

DATED: May 28, 2024

/s/
JOANNA SHERIDAN
Attorney for Defendant
CHRISTIAN QUINTANILLA

DATED: May 28, 2024

/s/
ASEEM PADUKONE
Assistant United States Attorney

### ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS good cause to vacate the Sentencing Hearing currently set on June 11, 2024 and set a Status Hearing on July 16, 2024. Based on these findings, it is hereby ORDERED that the Sentencing Hearing currently set on June 11, 2024 shall be vacated and that a Status Hearing shall be set on July 16, 2024.

**IT IS SO ORDERED.**

DATED: 5/29/2024

THE HONORABLE RICHARD SEEBORG
Chief United States District Judge

STIPULATION AND ORDER TO VACATE SENTENCING HEARING AND SET STATUS HEARING
QUINTANILLA- CR23-00384 RS